# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2024

### NO. 03-24-00565-CV

**Anurithi Madugula, Appellant**

**v.**

**FM 969 Commercial Development, LLC; Rathna Reddy; and Vema Reddy, Appellees**

**APPEAL FROM COUNTY COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.